# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**IN THE MATTER OF THE
APPLICATION OF THE UNITED
STATES FOR AUTHORIZATION TO
SEARCH THE CONTENTS OF A UNITED
STATES POSTAL SERVICE
PRIORITY EXPRESS MAIL PARCEL,
BEARING TRACKING NUMBER
EI195450654US**

Case No. 22-mj-08027-JPO

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

I, Justin Lewis, being first duly sworn on oath, state as follows:

## AGENT INTRODUCTION AND BACKGROUND

1. I am a United States Postal Inspector with the United States Postal Inspection Service and have been so employed since August 2002. I am currently assigned to the Kansas City Field Office of the Postal Inspection Service and have experience enforcing federal mail and drug laws. This affidavit is based on my own personal knowledge and information given to me by other Postal Inspectors and other law enforcement personnel.

2. I received basic training for approximately 12 weeks from the United States Postal Inspection Service regarding individuals using the United States Mail to transport controlled substances and proceeds from the sale of controlled substances, as well as the use of Postal Money Orders to launder the proceeds of controlled substances. I received formal training for one week in March 2003, when I attended the United States Postal Inspection Service Narcotics training course in San Diego, California. This training involved narcotic investigation techniques, chemical field testing, and training in the identification and detection of controlled substances and narcotic proceeds being transported in the United States Mail and other commercial carriers. As a United States Postal Inspector, I have been involved in over 200

illegal narcotic investigations involving the United States Mail and have been identified by the U.S. Postal Inspection Service as a Subject Matter Expert (SME) in narcotic cases involving the United States Mail.

3.  The U. S. Postal Inspection Service has implemented a parcel profile program targeting parcels mailed to and from areas of the United States which have been identified by law enforcement as being source areas for the distribution of controlled substances.  The Kansas City Field Office Postal Inspection Service program consists of reviewing postal service records and a physical profile of Express and Priority Mail parcels and envelopes which have originated from and/or have been received for delivery in the District of Kansas and Western District of Missouri.

## ITEM TO BE SEARCHED AND ITEMS TO BE SEIZED

4.  This affidavit is made in support of an application for a search warrant for a United States Postal Service ("USPS") Priority Express Mail Parcel, bearing tracking number "EI195450654US," addressed to "Tiffany Thomas, 4018 Barber Ct, Kansas City, KS 66106" with a return address of "Samantha Thomas, 6011 S Reservoir St, Pomona, CA 91766" and was mailed on February 14, 2022 from Pomona, CA 91769.  Further, this parcel weighs approximately 1 pound 6.3 ounces and bears $50.35 in postage ("Subject Parcel").

5.  Items to be seized from the Subject Parcel include controlled substances; specifically, marijuana, cocaine, methamphetamine, heroin, or any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging.

6. The Subject Parcel is currently located at the U.S. Postal Inspection Service Kansas City Domicile, 6201 College Blvd Ste 400, Overland Park, Kansas, which is in the District of Kansas.

## OFFENSES UNDER INVESTIGATION

7. Based on my training and experience and on the facts set forth in this Affidavit, I believe the Subject Envelope contains evidence of violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance); Title 21, United States Code, Section 846 (attempts and conspiracies to do the same); and Section 843(b) (unlawful use of a communications facility to facilitate the commission of the above narcotics offenses).

## PROBABLE CAUSE

8. On February 16, 2022, while reviewing Express Mailings at the Kansas City Missouri Processing & Distribution Center, located at 1700 Cleveland Ave., Kansas City, Missouri, I identified the Subject Parcel. A review of Postal Service records indicated the Subject Parcel was mailed from Pomona, California. The Postal Inspection Service and other law enforcement officers have identified Pomona, California as an originating source of illegal controlled substances due to its close proximity to Mexico.

9. I queried the listed return address of the Subject Parcel (Samantha Thomas, 6011 S Reservoir St, Pomona, CA 91766) in the CLEAR Law Enforcement Database. The address was not identified as a valid address. I queried the listed return address in the US Postal Service Address Management System and the address was not identified as valid. Per my training and experience, I know that drug traffickers use fictitious names and addresses on parcels containing

controlled substances in an attempt to hide the true identity of the individual or individuals shipping illegal controlled substances in case the parcel is identified by law enforcement.

10. I queried the listed delivery address of the Subject Parcel (Tiffany Thomas, 4018 Barber Ct, Kansas City, KS 66106) in the CLEAR Law Enforcement Database. The listed recipient, Tiffany Thomas, was not identified as being associated to the delivery address. Per my training and experience, I know drug traffickers use fictitious recipient names on parcels containing illegal controlled substances in an attempt to hide the identity of the true recipient in case the parcel is identified by law enforcement.

11. The Subject Parcel contains the following suspicious characteristics that are common for U.S. Mail parcels that have previously been seized containing illegal controlled substances:

- The Subject Parcel originated from Pomona, CA, which law enforcement has identified as a source area for illegal controlled substances that are smuggled into the United States from Mexico.
- The Subject Parcel's listed sender information was fictitious.
- The Subject Parcel's listed recipient name appears to be fictitious.
- The Subject Parcel is similar in size and weight of previous U.S. Mail parcels seized containing illegal controlled substances.

12. On February 16, 2022, I contacted Kansas City, Missouri Detective Antonio Garcia and coordinated an exterior odor search of the Subject Parcel at the Kansas City, Missouri Police Department Drug Enforcement Unit, which is located at an undisclosed location in the Western District of Missouri. The Subject Parcel was placed behind the right rear tire of a vehicle parked in the garage. The parcel was placed prior to Detective Garcia and canine Zeus

4

entering the garage.  At approximately 8:45 a.m., Detective Garcia and certified narcotic canine Zeus began searching the garage.  I observed Zeus search another vehicle parked in the garage as well as the walls.  When Zeus passed where the Subject Parcel had been placed, he turned and placed his head under the vehicle and sat facing the Subject Parcel.  Detective Garcia asked if the parcel was hidden behind the tire and I informed him it was.  Detective Garcia stated Zeus' actions indicated Zeus had alerted to the Subject Parcel as containing a narcotic odor.  "Under our case law, a random dog sniff is not a search for Fourth Amendment purposes and a positive dog alert gives officers probable cause to search."  *United States v. Parada*, 577 F.3d 1275, 1281 (10th Cir. 2009).  "[I]f the dog alerts to a car in which the officer finds no narcotics, the dog may not have made a mistake at all.  The dog may have detected substances that were too well hidden or present in quantities too small for the officer to locate.  Or the dog may have smelled the residual odor of drugs previously in the vehicle or on the driver's person."  *Florida v. Harris*, 568 U.S. 237, 245-46 (2013).

13.     According to Detective Garcia, Zeus is a two-year-old German Shepherd.  Zeus' last certification by the Kansas City, Missouri Police Department was on May 5, 2021.  Zeus is trained to detect the odors of cocaine, marijuana, heroin, and methamphetamine.  Since his certification, Zeus has recovered 8,732.2 pounds of marijuana, 2,238.5 pounds of THC oil, 392.2 pounds of methamphetamine, 491 ecstasy tablets, 122.7 pound of cocaine, 52.7 pounds heroin, and $2,196,042.00 in US Currency.

14.     Per my training and experience, I know the positive odor search of controlled substances, present on or in the parcel, is only one factor in the investigation of the Subject Parcel.  I believe the other identified characteristics of the Subject Parcel, provided in this

affidavit prove reasonable suspicion, and would further argue the threshold of probable cause is met even without the dog alert.

## CONCLUSION

15. Therefore, based on these facts, I believe there is probable cause to believe that the Subject Parcel contains evidence of a crime, including Title 21, United States Code, Section 841, and/or other illegal contraband (including controlled substances), in violation of Title 21, United States Code, Section 841(a)(1), (possession with intent to distribute a controlled substance); Title 21, United States Code, Section 846 (attempts and conspiracies to do the same); and Title 21, United States Code, Section 843(b) (unlawful use of a communications facility to facilitate the commission of the above narcotics offenses).

FURTHER YOUR AFFIANT SAYETH NOT.

*Justin Lewis*
Justin Lewis
United States Postal Inspector
United States Postal Inspection Service

Sworn to and attested by affiant via telephone after being submitted to me by reliable Electronic means on February 17, 2022.

*James P. O'Hara*
Honorable James P. O'Hara
United States Magistrate Judge
District of Kansas

6